# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2024

*The Court of Appeals hereby passes the following order:*

### A25A0575.  TERRANCE JACKSON v. PERMANENT GENERAL ASSURANCE CORPORATION AS SUBROGEE OF W. JEAN STORY.

Plaintiff Permanent General Assurance Corporation sought to recoup payments made to its insured, W. Jean Story, from defendant Terrance Jackson. On August 7, 2024, the trial court entered judgment in favor of the plaintiff, and Jackson appealed this ruling on September 13, 2024. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021) (citation and punctuation omitted). Because Jackson filed his notice of appeal 37 days after entry of the order on appeal, we lack jurisdiction over the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,  10/29/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*